# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Marie F. Bennett**
        Plaintiff(s)

vs.                                  **CASE NUMBER: 5:20-cv-1145 (CFH)**

**Commissioner of Social Security**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Commissioners decision is AFFIRMED; and it is further ORDERED, that plaintiffs motion (Dkt. No. 9) is DENIED; and it is further ORDERED, that the Commissioners motion (Dkt. No. 13) is GRANTED.

All of the above pursuant to the order of the Honorable Judge Christian F. Hummel, dated the 15th day of December, 2021.

DATED: December 16, 2021

*[signature]*
Clerk of Court

                                            s/Kathy Rogers
                                            Deputy Clerk